**Tracy WOODY, Plaintiff–Appellant,**

v.

**BANK OF AMERICA CORPORATION; Bac Home Loans Servicing, L.P.; Bank of America, NA; Bank of America Home Loans and Insurance; Countrywide Home Loans, Incorporated; Nationwide Trustee Services Incorporated, Defendants–Appellees.**

No. 10–1969.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: Feb. 28, 2011.

Tracy Woody, Appellant Pro Se. Donald Richard Pocock, Nelson Mullins Riley & Scarborough, LLP, Winston–Salem, North Carolina; Jason Burke James, E. Fitzgerald Parnell, III, Poyner Spruill, LLP, Charlotte, North Carolina, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Woody seeks to appeal the district court's order dismissing all but one of the named Defendants in the underlying civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Woody seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny all pending motions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*